## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00827-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 13, 2010 | Courtroom Deputy: Linda Kahoe |

BILL GUINN,                          *Pro se*

    Plaintiff,

    v.

LAKEWOOD POLICE DEPARTMENT,         Joseph Patrick Sanchez

NANCY HOOPER, *et al.,*                 Writer Mott

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** STATUS CONFERENCE
**Court in session:** 9:56 a.m.
Court calls case. Appearances of counsel.

Discussion regarding returns of service. The court advises Plaintiff to make sure that the defendants are properly served under Rule 4 of the Federal Rules of Civil Procedure and under Rule 4 of the Colorado Rules of Civil Procedure.

Discussion regarding Motion for Discovery, doc #[20], filed 6/2/2010.

Discussion regarding the claims stated in Plaintiff's Complaint.

**ORDERED:**   Defendants Jefferson County District Attorney's Office and Deputy District Attorney Nancy Hooper's Motion to Stay Discovery Pending Determination of Immunity Issues, doc #[14], filed 5/10/10 is **DENIED WITHOUT PREJUDICE** to those Defendants' right to assert a qualified immunity defense in response to specific discovery**.**

**ORDERED:** Motion for Discovery, doc #[20] is **DENIED**. Pursuant to Rule 26(d), Plaintiff will be allowed to serve discovery after all defendants have been properly served, and the parties have a Rule 26(f) Conference.

Discussion regarding Motion for Summary Judgment Against Defendant Lakewood Police Department, doc #[26], filed 7/2/2010. Mr. Guinn makes an oral request to withdraw the Motion. Mr. Mott states the Plaintiff sent him a second Motion for Summary Judgment to which he has responded. The court states that only one Motion has been filed, doc #[26]. The court states that Mr. Guinn is not pursuing the second unfiled motion and it is moot.

**ORDERED:** Plaintiff's oral motion to withdraw his Motion for Summary Judgment Against Defendant Lakewood Police Department is **GRANTED**. The Motion for Summary Judgment Against Defendant Lakewood Police Department, doc #[26], is **WITHDRAWN WITHOUT PREJUDICE** to Plaintiff's right to file a Motion for Summary Judgment against the Lakewood Police Department in the future.

**ORDERED:** A Motions Hearing is set for **JULY 23, 2010 at 11:00 a.m.** to hear oral arguments on Defendants Jefferson County District Attorney's Office's and Jefferson County Deputy District Attorney Nancy Hooper's Motion to Dismiss, doc #[4], and on City of Lakewood's Motion to Dismiss, doc #[11].

HEARING CONCLUDED.

**Court in recess:** 10:45 a.m.
Total time in court: 00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.