## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00827-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 23, 2010 | Courtroom Deputy: Cathy Coomes |

| | |
|---|---|
| BILL GUINN, | *Pro se* |
| Plaintiff, | |
| v. | |
| LAKEWOOD POLICE DEPARTMENT, | Joseph Patrick Sanchez |
| NANCY HOOPER, *et al.,* | Writer Mott |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**
**Court in session:** 11:02 a.m.
Court calls case. Appearances of *pro se* Plaintiff and counsel for Defendants.

Discussion regarding Plaintiff's claims and the background of the case.

Argument and discussion regarding City of Lakewood's Motion to Dismiss (Doc. #11, filed 5/4/10) and Defendants Jefferson County District Attorney's Office and Deputy District Attorney Nancy Hooper's Motion to Dismiss (Doc. #4, filed 4/28/10).

**ORDERED:** City of Lakewood's Motion to Dismiss (Doc. #11, filed 5/4/10) and Defendants Jefferson County District Attorney's Office and Deputy District Attorney Nancy Hooper's Motion to Dismiss (Doc. #4, filed 4/28/10) are taken under advisement.

HEARING CONCLUDED.

**Court in recess:** 12:05 p.m.
Total time in court: 01:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.